

# COURT OF APPEALS
# EIGHTH DISTRICT OF TEXAS
# EL PASO, TEXAS

---

No. 08-26-00099-CV

---

In the Matter of the Marriage of Ronald Franklin Warren (Deceased),
and Karen Ashley Courtney, Appellant

---

On Appeal from the 83rd District Court
Pecos County, Texas
Trial Court No. P-8852-83-CV

---

## MEMORANDUM OPINION

Appellant, Karen Ashley Courtney, timely appealed from the trial court's judgment on February 23, 2026, but neither paid the appellate filing fees nor established a right to proceed without payment of costs. *See* Tex. R. App. P. 5, 20.1; *see also* Tex. Gov't Code Ann. §§ 51.207, 51.208, 51.851(b), 51.941(a); Order Regarding Fees Charged in the Supreme Court, in Civil Cases in the Courts of Appeals, Before the Judicial Panel on Multi-District Litigation, and in the Business Court, Misc. Docket No. 24-9047 (Tex. July 26, 2024).

Under the Texas Rules of Appellate Procedure, the fees for appealing to a court of appeals are due at the time a notice of appeal is presented to the appellate court for filing. *See* Tex. R. App. P. 5. On February 26, 2026, the Clerk of this Court notified Courtney that this appeal could be

dismissed if she failed to pay the filing fees by March 9, 2026. The Clerk further notified Courtney that the failure to comply with a Texas Rule of Appellate Procedure, an order of this Court, or a notice from the Clerk requiring a response within a specified time could result in dismissal of this appeal. Courtney neither paid the filing fees nor otherwise responded to the Clerk's notice.

We dismiss this appeal. *See* Tex. R. App. P. 5, 42.3(c).

MARIA SALAS MENDOZA, Chief Justice

March 19, 2026

Before Salas Mendoza, C.J., Palafox and Soto, JJ.